**Aveleno GARCIA–GUZMAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–72985.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2011.*

Filed Aug. 17, 2011.

Aveleno Garcia–Guzman, Everson, WA, pro se.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Nehal Kamani, OIL, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

## MEMORANDUM **

Aveleno Garcia–Guzman, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

abuse of discretion, *Sembiring v. Gonzales,* 499 F.3d 981, 985 (9th Cir.2007), we deny the petition for review.

The agency did not abuse its discretion in denying Garcia–Guzman's motion to re-open, where he failed to overcome the presumption of delivery of his notice of hearing, *see id.* at 986–88, and he failed to establish exceptional circumstances to excuse his appearance arising from notice not being served on counsel because counsel had not filed a notice of appearance with the immigration court. *See* 8 C.F.R. §§ 1003.19(d), 1003.17.

**PETITION FOR REVIEW DENIED.**